UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 26cr10062 |
| v. | ) | Violations: |
| ROBERT COLON, a/k/a, "NEW YORK," | ) | Counts One through Three: Distribution of and Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing Methamphetamine (21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(viii)) |
| Defendant | ) | Forfeiture Allegation: (21 U.S.C. § 853) |

INDICTMENT

COUNT ONE

Distribution of and Possession with Intent to Distribute
50 Grams or More of a Mixture and Substance Containing Methamphetamine
(21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(viii))

The Grand Jury charges:

On or about July 2, 2025, in Chelsea, in the District of Massachusetts, and elsewhere, the defendant,

ROBERT COLON, a/k/a, "NEW YORK,"

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT TWO
Distribution of and Possession with Intent to Distribute
50 Grams or More of a Mixture and Substance Containing Methamphetamine
(21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(viii))

The Grand Jury further charges:

On or about September 22, 2025, in Revere, in the District of Massachusetts, and elsewhere, the defendant,

ROBERT COLON, a/k/a, "NEW YORK,"

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT THREE
Distribution of and Possession with Intent to Distribute
50 Grams or More of a Mixture and Substance Containing Methamphetamine
(21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(viii))

The Grand Jury further charges:

On or about October 6, 2025, in Revere, in the District of Massachusetts, and elsewhere, the defendant,

ROBERT COLON, a/k/a, "NEW YORK,"

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Section 841, set forth in Counts One through Three, the defendant,

ROBERT COLON, a/k/a "NEW YORK,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant—

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

[redacted]

FOREPERSON

SAMUEL R. FELDMAN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MARCH 10, 2026
Returned into the District Court by the Grand Jurors and filed.

Aaron Hutchins
DEPUTY CLERK