≈JS 45 (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**                  **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** DEA

**City** Chelsea, Revere      **Related Case Information:**

**County** Suffolk

- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant X    New Defendant _____
- Magistrate Judge Case Number: 25-1370-DLC
- Search Warrant Case Number: see additional info
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes   ☑ No

**Defendant Information:**

**Defendant Name:** ROBERT COLON      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** NEW YORK

**Address:** Dorchester, Mass.

**Birth date (Yr only):** 1989    **SSN (last 4#):** 7574    **Sex:** M    **Race:** _____    **Nationality:** _____

**Defense Counsel if known:** Scott Gleason    **Address:** 163 Merrimack St., Haverhill, MA 01830

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Samuel R. Feldman    **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** _____

**Arrest Date:** 10/23/2025

☑ Already in Federal Custody as of 10/23/2025 in Wyatt.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/10/2026      **Signature of AUSA:** _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBERT COLON, a/k/a "NEW YORK"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) | Distribution of 50 grams or more of a mixture and substance containing methamphetamine | 1 |
| Set 2 | 21 USC 841(a)(1) | Distribution of 50 grams or more of a mixture and substance containing methamphetamine | 2 |
| Set 3 | 21 USC 841(a)(1) | Distribution of 50 grams or more of a mixture and substance containing methamphetamine | 3 |
| Set 4 | 21 USC 853 | Drug forfeiture allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

25-1197, 1198, 1261, 1341, 1369-DLC